UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HAMPLETON HICKS,

              Plaintiff,

      -against-                                      08-CV-1247 (JSR)

SMITHKLINE BEECHAM CORPORATION,        **DISCLOSURE STATEMENT**
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

              Defendants.
------------------------------------------------------------x

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

      The undersigned, counsel of record for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline (improperly named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

      GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: New York, New York
       March 7, 2008

        PEPPER HAMILTON LLP

By: _____
    Kenneth J. King (KK 3567)
    Suzanne M. D'Amico (SD 3581)
    The New York Times Building
    620 Eighth Avenue
    37th Floor
    New York, NY 10018
    (212) 808-2700

and

Nina M. Gussack
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorneys for Defendant
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline