UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HAMPLETON HICKS,

                Plaintiff,

      -against-                                08-CV-1247 (JSR)

SMITHKLINE BEECHAM CORPORATION,        **AFFIDAVIT OF SERVICE**
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

                Defendants.
------------------------------------------------------------x

STATE OF NEW YORK       )
                                      ) ss.:
COUNTY OF NEW YORK  )

       The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

       That, on the 7th day of March, 2008, she caused to be served the within RULE 7.1 STATEMENT by first class mail upon:

       Victoria Jennings Maniatis        David Eisbrouch
       Morelli Ratner, P.C.                 Balkin & Eisbrouch, LLC
       950 Third Avenue                   50 Main Street
       New York, NY 10022             Hackensack, NJ 07061

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

*Bridget Casey*
Bridget Casey

Sworn to before me this
7th day of March, 2008

*[signature]*
Notary Public

SUZANNE DAMICO
Notary Public, State of New York
No. 02DA6176635
Qualified in New York County
Commission Expires Nov. 5, 20__