

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**MAR 12 2008**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

08-1247

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                MDL No. 1871

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1?)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 86 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

CALIFORNIA NORTHERN
   CAN  3  08-1057            John Pruett, Sr., etc. v. GlaxoSmithKline, et al.
   ~~CAN  3  08-1131~~         ~~Mohinder Khanna v. SmithKline Beecham Corp., et al.~~
                                  Opposed 3/28/08

NEW YORK EASTERN
   NYE  1  08-702             Patricio R. Mamot v. GlaxoSmithKline Pharmaceutical Co.

NEW YORK SOUTHERN
   NYS  1  08-1247            Hampleton Hicks v. SmithKline Beecham Corp., et al.
   NYS  1  08-1248            Carl Rian v. SmithKline Beecham Corp., et al.
   NYS  1  08-1249            Catherine Lambert v. SmithKline Beecham Corp., et al.

OHIO NORTHERN
   OHN  1  08-398             Kathryn Lee Neige, et al. v. SmithKline Beecham Corp.

TENNESSEE EASTERN
   TNE  3  08-10              Arnold Bailey v. GlaxoSmithKline, Inc., et al.
   TNE  3  08-59              Pamela Gail Ward, etc. v. SmithKline Beecham Corp.

TEXAS SOUTHERN
   TXS  4  08-435             Stephanie Woods, et al. v. GlaxoSmithKline, Inc., et al.

UTAH
   UT   2  08-146             Linda Lloyd, et al. v. SmithKline Beecham Corp.